**DENY and Opinion Filed June 9, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00351-CV

## IN RE ARK CONTRACTING SERVICES, LLC, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02192**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Nowell
Opinion by Chief Justice Burns

In this original proceeding, relator seeks a writ of mandamus compelling the trial court to submit the issue of the amount, reasonableness, and necessity of attorneys' fees and expenses to a jury before requiring relator's payment of the advancement claim. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Copart, Inc*., 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

Based on our review of the petition and the record, we conclude that relator has failed to show that the trial court abused its discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


220351f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE